# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | |
|---|---|
| In re: PETERMAN, JOHN M.<br>         PETERMAN, MELYNDRA L.<br><br>Debtor(s) | § Case No. 10-71873<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/19/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated:  08/11/2011          By:  /s/MEGAN G. HEEG
                                      Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: PETERMAN, JOHN M. | § | Case No. 10-71873 |
| PETERMAN, MELYNDRA L. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 27,385.35 |
| *and approved disbursements of* | $ 312.02 |
| *leaving a balance on hand of* [1] | $ 27,073.33 |
| **Balance on hand:** | $ 27,073.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 27,073.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,488.54 | 0.00 | 3,488.54 |
| Trustee, Expenses - MEGAN G. HEEG | 27.94 | 0.00 | 27.94 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 2,544.00 | 0.00 | 2,544.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 90.27 | 0.00 | 90.27 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,150.75 |
| Remaining balance: | $ 20,922.58 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,922.58

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 20,922.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,088.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,399.00 | 0.00 | 1,645.34 |
| 2 | American InfoSource LP as agent for Citibank N.A. | 53,889.04 | 0.00 | 11,983.39 |
| 3 | Motorola Employees Credit Union | 1,519.22 | 0.00 | 337.83 |
| 4 | Motorola Employees Credit Union | 965.97 | 0.00 | 214.80 |
| 5 | U.S. Department Of Education | 10,110.08 | 0.00 | 2,248.19 |
| 6 | Chase Bank USA,N.A | 721.71 | 0.00 | 160.49 |
| 7 | FIA Card Services, NA/Bank of America | 13,654.68 | 0.00 | 3,036.41 |
| 8 | FIA Card Services, NA/Bank of America | 5,828.69 | 0.00 | 1,296.13 |

Total to be paid for timely general unsecured claims: $ 20,922.58
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                         Case No. 10-71873-MB
John M. Peterman                                               Chapter 7
Melyndra L. Peterman
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1         Date Rcvd: Aug 17, 2011
                              Form ID: pdf006            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2011.
db/jdb     +John M. Peterman,    Melyndra L. Peterman,    1315 N. Hwy. 23,    Marengo, IL 60152-9692
aty        +Charles T. Reilly,   Law Office of Charles T. Reilly,    1303  North Richmond Road,
             McHenry, IL 60050-1405
17542562    American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
15419193    Bank Of America,    P.O. Box 15026,    Wilmington, DE  19850-5026
15419194    CITI Cards,    P.O. Box 6000,    The Lakes, NV  89163-6000
15419192   +Charles T Reilly,    1303 N Richmond Road,    McHenry, IL 60050-1405
16899081   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15419196    FIA Card Services,    P.O. Box 15026,    Wilmington, DE  19850-5026
15419199   +Motorola Employees Credit Union,    1205 E. Algonquin Rd.,    Schaumburg, IL 60196-1065
15419190   +Peterman John M,    1315 N Hwy 23,    Marengo, IL 60152-9692
15419191   +Peterman Melyndra L,    1315 N Hwy 23,    Marengo, IL 60152-9692
15419200    U.S. Department Of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
             Greenville, TX  75403-5609
15419201    Wells Fargo Bank,    P.O. Box 4233,    Portland, OR  97208-4233
15419202   +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: KATHY@EGBBL.COM Aug 18 2011 00:42:34      Megan G Heeg,
             Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
16730795    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:41:25
             American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
16722777    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 18 2011 02:52:26      Discover Bank,
             Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
15419195    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 18 2011 02:52:26      Discover Card Services,
             P.O. Box 30421,    Salt Lake City, UT  84130-0421
17171128    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:31:34
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
15419198    E-mail/PDF: cr-bankruptcy@kohls.com Aug 18 2011 02:34:19      Kohl's,    P.O. Box 3043,
             Milwaukee, WI  53201-3043
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
15419197     ##HSBC Retail Services,    P.O. Box 15521,    Wilmington, DE  19850-5521
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**               **Signature:**     *Joseph Speetjens*