IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

| | |
|---|---|
| IN RE:<br>PETERMAN, JOHN M.<br>PETERMAN, MELYNDRA L.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 10-71873 BARB<br><br>JUDGE Manuel Barbosa |

## AMENDED DISTRIBUTION REPORT

I, <u>MEGAN G. HEEG</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,150.79 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 20,923.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 27,073.79 |

EXHIBIT D

**DISTRIBUTION REPORT**                                                                                          **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 6,150.79 | 100.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MEGAN G. HEEG | | 3,488.58 | 3,488.58 |
| | Ehrmann Gehlbach Badger & Lee | | 2,544.00 | 2,544.00 |
| | Ehrmann Gehlbach Badger & Lee | | 90.27 | 90.27 |
| | MEGAN G. HEEG | | 27.94 | 27.94 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL     $ | 0.00 |

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

**EXHIBIT D**

**DISTRIBUTION REPORT**　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 2**

|  |  | TOTAL |  |
|---|---|---|---|
|  |  | TOTAL | $ 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL   $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL   $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL   $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL   $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER   CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL   $ | 0.00 |

**EXHIBIT D**

DISTRIBUTION REPORT                                                                PAGE 3

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 94,088.39 | 22.24% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 1 | Discover Bank | 7,399.00 | 1,645.36 |
| 2 | American InfoSource LP as agent for Citibank N.A. | 53,889.04 | 11,983.63 |
| 3 | Motorola Employees Credit Union | 1,519.22 | 337.84 |
| 4 | Motorola Employees Credit Union | 965.97 | 214.81 |
| 5 | U.S. Department Of Education | 10,110.08 | 2,248.24 |
| 6 | Chase Bank USA, N.A | 721.71 | 160.49 |
| 7 | FIA Card Services, NA/Bank of America | 13,654.68 | 3,036.47 |
| 8 | FIA Card Services, NA/Bank of America | 5,828.69 | 1,296.16 |
| | | TOTAL $ | 20,923.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |

EXHIBIT D

DISTRIBUTION REPORT                                                              PAGE 4

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 10-4-11                                   _____
                                                  MEGAN G. HEEG, Trustee

**EXHIBIT D**

**DISTRIBUTION REPORT** **PAGE 5**

**EXHIBIT D** **PAGE 5**