**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: PETERMAN, JOHN M.                    § Case No. 10-71873
       PETERMAN, MELYNDRA L.                §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $481,860.00                    Assets Exempt: $251,360.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,923.00      Claims Discharged
                                                 Without Payment: $76,510.97

Total Expenses of Administration: $6,462.81

---

    3) Total gross receipts of $ 27,385.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,385.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $225,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,462.81 | 6,462.81 | 6,462.81 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,395.99 | 94,088.39 | 94,088.39 | 20,923.00 |
| **TOTAL DISBURSEMENTS** | $331,895.99 | $100,551.20 | $100,551.20 | $27,385.81 |

4) This case was originally filed under Chapter 7 on April 14, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2011         By: /s/MEGAN G. HEEG
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1229-000 | 27,075.85 |
| CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1210-000 | 309.00 |
| Interest Income | 1270-000 | 0.96 |
| **TOTAL GROSS RECEIPTS** | | **$27,385.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 157,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 67,900.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$225,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,488.58 | 3,488.58 | 3,488.58 |
| MEGAN G. HEEG | 2200-000 | N/A | 27.94 | 27.94 | 27.94 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,544.00 | 2,544.00 | 2,544.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 90.27 | 90.27 | 90.27 |
| United States Bankrupty Clerk | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.02 | 52.02 | 52.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,462.81 | 6,462.81 | 6,462.81 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,399.00 | 7,399.00 | 7,399.00 | 1,645.36 |
| 2 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 52,633.75 | 53,889.04 | 53,889.04 | 11,983.63 |
| 3 | Motorola Employees Credit Union | 7100-000 | 2,719.42 | 1,519.22 | 1,519.22 | 337.84 |
| 4 | Motorola Employees Credit Union | 7100-000 | 10,055.44 | 965.97 | 965.97 | 214.81 |
| 5 | U.S. Department Of Education | 7100-000 | 10,496.59 | 10,110.08 | 10,110.08 | 2,248.24 |
| 6 | Chase Bank USA,N.A | 7100-000 | 614.59 | 721.71 | 721.71 | 160.49 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 13,559.62 | 13,654.68 | 13,654.68 | 3,036.47 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | 5,572.00 | 5,828.69 | 5,828.69 | 1,296.16 |
| NOTFILED | HSBC Retail Services | 7100-000 | 615.01 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 2,730.57 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 106,395.99 | 94,088.39 | 94,088.39 | 20,923.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71873  
**Case Name:** PETERMAN, JOHN M.  
PETERMAN, MELYNDRA L.  
**Period Ending:** 12/20/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/14/10 (f)  
**§341(a) Meeting Date:** 06/04/10  
**Claims Bar Date:** 04/25/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 25.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | FURS AND JEWELRY | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | PENSION PLANS AND PROFIT SHARING | 234,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | PENSION PLANS AND PROFIT SHARING | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | BOATS, MOTORS, AND ASSESSORIES | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 20.00 | 0.00 | DA | 0.00 | FA |
| 20 | ANIMALS | 160.00 | 0.00 | DA | 0.00 | FA |
| 21 | FARMING EQUIPMENT | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE  (u) | 0.00 | 27,075.85 | DA | 27,075.85 | FA |
| 23 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE  (u) | 0.00 | 309.00 | DA | 309.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71873  
**Case Name:** PETERMAN, JOHN M.  
PETERMAN, MELYNDRA L.  
**Period Ending:** 12/20/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/14/10 (f)  
**§341(a) Meeting Date:** 06/04/10  
**Claims Bar Date:** 04/25/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Cash on hand. | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | Checking, savings or other financial accounts, c | 0.00 | 0.00 | DA | 0.00 | FA |
| 27 | Checking, savings or other financial accounts, c | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | Household goods and furnishings, including audio | 0.00 | 0.00 | DA | 0.00 | FA |
| 29 | Wearing apparel. | 0.00 | 0.00 | DA | 0.00 | FA |
| 30 | Furs and jewelry. | 0.00 | 0.00 | DA | 0.00 | FA |
| 31 | Firearms and sports, photographic and other hobb | 0.00 | 0.00 | DA | 0.00 | FA |
| 32 | Interests in insurance policies. Name insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 33 | Interests in insurance policies. Name insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 34 | Interests in IRA, ERISA, Keogh, or other pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 35 | Interests in IRA, ERISA, Keogh, or other pension | 0.00 | 0.00 | DA | 0.00 | FA |
| 36 | Interests in partnerships or joint ventures. It | 0.00 | 0.00 | DA | 0.00 | FA |
| 37 | Contingent or noncontingent interests in estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 38 | Automobiles, trucks, trailers and other vehicles | 0.00 | 0.00 | DA | 0.00 | FA |
| 39 | Automobiles, trucks, trailers and other vehicles | 0.00 | 0.00 | DA | 0.00 | FA |
| 40 | Automobiles, trucks, trailers and other vehicles | 0.00 | 0.00 | DA | 0.00 | FA |
| 41 | Boats, motors and accessories. | 0.00 | 0.00 | DA | 0.00 | FA |
| 42 | Office equipment, furnishings, and supplies. | 0.00 | 0.00 | DA | 0.00 | FA |
| 43 | Machinery, fixtures, equipment and supplies used | 0.00 | 0.00 | DA | 0.00 | FA |
| 44 | Animals. | 0.00 | 0.00 | DA | 0.00 | FA |
| 45 | Farming equipment and implements. | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.96 | FA |
| 46 | Assets Totals (Excluding unknown values) | **$481,860.00** | **$27,384.85** | | **$27,385.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-71873
**Case Name:** PETERMAN, JOHN M.
PETERMAN, MELYNDRA L.
**Period Ending:** 12/20/11

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 04/14/10 (f)
**§341(a) Meeting Date:** 06/04/10
**Claims Bar Date:** 04/25/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    December 15, 2011    **Current Projected Date Of Final Report (TFR):**    August 12, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-71873 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | PETERMAN, JOHN M. | | **Bank Name:** | The Bank of New York Mellon |
| | PETERMAN, MELYNDRA L. | | **Account:** | 9200-******54-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5550 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/20/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/24/11 | {22} | Edward Jones | Per Court order dated 5/23/11 | 1229-000 | 27,075.85 | | 27,075.85 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 27,075.90 |
| 06/06/11 | 1001 | United States Bankrupty Clerk | filing fee to reopen estate case number 10 71873 | 2700-000 | | 260.00 | 26,815.90 |
| 06/20/11 | {23} | John Peterman | | 1210-000 | 309.00 | | 27,124.90 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,125.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,125.35 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.02 | 27,073.33 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,073.55 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,073.77 |
| 10/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 27,073.79 |
| 10/04/11 | | To Account #9200******5466 | distribution | 9999-000 | | 27,073.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,385.81 | 27,385.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,073.79 | |
| | | | **Subtotal** | | 27,385.81 | 312.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,385.81** | **$312.02** | |

{} Asset reference(s)  Printed: 12/20/2011 11:05 AM  V.12.57

Case 10-71873 Doc 44 Filed 12/20/11 Entered 12/20/11 11:08:37 Desc Main
Document Page 10 of 11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-71873  
**Case Name:** PETERMAN, JOHN M.  
PETERMAN, MELYNDRA L.  
**Taxpayer ID #:** **-***5550  
**Period Ending:** 12/20/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/11 | | From Account #9200******5465 | distribution | 9999-000 | 27,073.79 | | 27,073.79 |
| 10/05/11 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,544.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,544.00 | 24,529.79 |
| 10/05/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $90.27, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 90.27 | 24,439.52 |
| 10/05/11 | 103 | Discover Bank | Dividend paid 22.23% on $7,399.00; Claim# 1; Filed: $7,399.00; Reference: ENDING IN 3583 | 7100-000 | | 1,645.36 | 22,794.16 |
| 10/05/11 | 104 | American InfoSource LP as agent for Citibank N.A. | Dividend paid 22.23% on $53,889.04; Claim# 2; Filed: $53,889.04; Reference: 5466-1601-0726-6759 | 7100-000 | | 11,983.63 | 10,810.53 |
| 10/05/11 | 105 | Motorola Employees Credit Union | Dividend paid 22.23% on $1,519.22; Claim# 3; Filed: $1,519.22; Reference: 3344090 | 7100-000 | | 337.84 | 10,472.69 |
| 10/05/11 | 106 | Motorola Employees Credit Union | Dividend paid 22.23% on $965.97; Claim# 4; Filed: $965.97; Reference: ENDING IN 2831 | 7100-000 | | 214.81 | 10,257.88 |
| 10/05/11 | 107 | U.S. Department Of Education | Dividend paid 22.23% on $10,110.08; Claim# 5; Filed: $10,110.08; Reference: XXX-XX-3962 | 7100-000 | | 2,248.24 | 8,009.64 |
| 10/05/11 | 108 | Chase Bank USA,N.A | Dividend paid 22.23% on $721.71; Claim# 6; Filed: $721.71; Reference: 018-5002-276 | 7100-000 | | 160.49 | 7,849.15 |
| 10/05/11 | 109 | FIA Card Services, NA/Bank of America | Dividend paid 22.23% on $13,654.68; Claim# 7; Filed: $13,654.68; Reference: 4313-0780-1232-0099 | 7100-000 | | 3,036.47 | 4,812.68 |
| 10/05/11 | 110 | FIA Card Services, NA/Bank of America | Dividend paid 22.23% on $5,828.69; Claim# 8; Filed: $5,828.69; Reference: 3743-220345-95872 | 7100-000 | | 1,296.16 | 3,516.52 |
| 10/05/11 | 111 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,516.52 | 0.00 |
| | | | Dividend paid 100.00% 3,488.58 on $3,488.58; Claim# ; Filed: $3,488.58 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 27.94 on $27.94; Claim# ; Filed: $27.94 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 27,073.79 | 27,073.79 | $0.00 |
| Less: Bank Transfers | 27,073.79 | 0.00 | |
| Subtotal | 0.00 | 27,073.79 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $27,073.79 | |

{} Asset reference(s)    Printed: 12/20/2011 11:05 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | | | |
|---|---|---|---|
| **Case Number:** | 10-71873 | **Trustee:** | MEGAN G. HEEG (330490) |
| **Case Name:** | PETERMAN, JOHN M. | **Bank Name:** | The Bank of New York Mellon |
| | PETERMAN, MELYNDRA L. | **Account:** | 9200-******54-66 - Checking Account |
| **Taxpayer ID #:** | **-***5550 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 12/20/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******54-65** | 27,385.81 | 312.02 | 0.00 |
| **Checking # 9200-******54-66** | 0.00 | 27,073.79 | 0.00 |
| | $27,385.81 | $27,385.81 | $0.00 |